### ECHOLS *et al.* v. CRAWFORD.

LITTLE, J. The petition which was brought to the county court set out no cause of action against the defendant, and contained no allegations which would authorize a recovery against him. It was, therefore, properly dismissed on demurrer, and the judge of the superior court committed no error in refusing to grant the writ of certiorari to review said ruling.

*Judgment affirmed. All the Justices concurring, except Lumpkin, P. J., absent.*

Submitted November 24, — Decided December 12, 1902.

Petition for certiorari. Before Judge Butt. Marion superior court. March 25, 1902.

*Simeon Blue*, for plaintiff.